UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KENNETH N. AYER, *et al.*,

Plaintiffs,

v.

LIGHTSTONE VALUE PLUS REIT I, INC.,
*et al.*,

Defendants.

Civil Action No. 24-10371 (MAS) (TJB)

ORDER

This matter comes before the Court upon Defendants Lightstone Value Plus REIT I, Inc., Lightstone Value Plus REIT LLC, Lightstone Value Plus REIT II, Inc., Lightstone Value Plus REIT II LLC, Lightstone Value Plus REIT III LLC, Yehuda I. Angster, Howard E. Friedman, David Lichtenstein, Alan Retkinski, and George R. Whittemore's (collectively, "Defendants") Motion to Dismiss (ECF No. 20) Plaintiffs Kenneth N. Ayer, Martha Harvey, and Larry Melton's (collectively, "Plaintiffs") First Amended Class Action Complaint ("FAC") (ECF No. 14). Plaintiffs opposed (ECF No. 21), and Defendants replied (ECF No. 22). After careful consideration of the parties' submissions, the Court decides Defendants' motion without oral argument pursuant to Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion,

IT IS, on this 4th day of August 2026, ORDERED as follows:

1.    Defendants' Motion to Dismiss (ECF No. 20) is **DENIED**.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE