**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| KENNETH N. AYER, *et al.*,<br><br>                              *Plaintiffs,*<br><br>                    v.<br><br>LIGHTSTONE VALUE PLUS REIT I, INC.,<br>et al.,<br><br>                              *Defendants.* | Civil No. 3:24-cv-10371(MAS)(TJB)<br><br>**<u>NOTICE OF APPEARANCE</u>** |

The undersigned hereby appears as counsel of record for Defendants in the above-captioned matter.

/s Joshua C. Gillette
Joshua C. Gillette
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
t: 201-441-9056
e: jgillette@hdrbb.com
*Attorneys for Defendants*

Dated: August 10, 2026