

HARTMANN DOHERTY
ROSA BERMAN & BULBULIA
Limited Liability Partnership    Attorneys At Law

433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

August 10, 2026

**VIA ECF**

Hon. Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re: **Kenneth N. Ayer, et al. v. Lightstone Value Plus REIT I, Inc., et al.**
> **Docket No. 3:24-cv-10371**

Dear Judge Shipp:

This firm represents Defendants in the above-referenced action.

Plaintiffs filed an Amended Complaint on October 15, 2025 (ECF No. 14), and on August 5, 2026, the Court denied Defendants' motion to dismiss the Amended Complaint (ECF No. 23).

Given the complexity of the matter, Defendants request that the time for Defendants to respond to the Amended Complaint be extended by 30 days, from August 19, 2026, to September 18, 2026. Plaintiffs' counsel has consented to this request.

No prior extension of this deadline has been requested or obtained.

We thank the Court for its consideration of this request.

Respectfully submitted,

s/ Joshua C. Gillette
Joshua C. Gillette

cc:     Counsel of Record (via ECF)

SO ORDERED:     _____
                Hon. Michael A. Shipp, U.S.D.J.